UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HERD,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES D. HARTLEY, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-01674-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER OF RECORD ON APPEAL<br><br>(ECF No. 33) |

On December 11, 2014, Plaintiff Scott Herd, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion that appears to seek transmittal of the record to the Ninth Circuit Court of Appeals. Fed. R. App. P. 10(a).

Pursuant to the Ninth Circuit Rules, Plaintiff, as a pro se litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.2. Further, to the extent Plaintiff is attempting to order a transcript, this request is unnecessary. Fed. R. App. P. 10(b)(1). No proceedings in this action were transcribed. Plaintiff's motion is therefore DENIED.[1]

IT IS SO ORDERED.

Dated: __December 16, 2014__             /s/ Barbara A. McAuliffe            
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not prevented from requesting copies of the excerpts of record pursuant to Ninth Circuit Rule 30-3.

1