UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HERD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES D. HARTLEY, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01674-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER OF TRANSCRIPTS<br>(ECF No. 35) |

On December 15, 2014, Plaintiff Scott Herd, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion for trial transcripts in support of his appeal. (ECF No. 35.)  Plaintiff's request is moot.  This matter did not proceed to trial and no proceedings were transcribed.  Accordingly, Plaintiff's motion for order of trial transcripts is HEREBY DENIED.

IT IS SO ORDERED.

Dated:　**December 17, 2014**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1