UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HERD,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES D. HARTLEY, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-01674-DAD-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS OR SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 39)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Scott Herd ("Plaintiff") is a prisoner proceeding in forma pauperis and pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2015, the Court issued an order authorizing service of Plaintiff's amended complaint on Defendants S.A. Bryant, Mathew Cates, Flores, A. Garcia, and James D. Hartley, and requiring Plaintiff to fill out and return the USM-285 forms and summonses within thirty days.  (ECF No. 39.) Plaintiff's forms and summonses were due on or before December 3, 2015.

As of the date of this order, Plaintiff has submitted two summonses and two USM-285 forms, for Defendants Garcia and Flores only, and three copies of the amended complaint. (ECF No. 40.) Plaintiff has not complied with the Court's order with respect to Defendants Bryant, Cates, or Hartley.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit completed summonses and completed USM-285 forms for each of Defendants Bryant, Cates and Hartley, and three additional copies of the first amended complaint filed February 3, 2014, or shall show cause in writing why Defendants Bryant, Cates or Hartley should not be dismissed from this action for failure to prosecute; and

2. <u>Plaintiff's failure to comply with this order will result in dismissal of Defendants Bryant, Cates and Hartley from this action.</u>

IT IS SO ORDERED.

Dated:   **December 10, 2015**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE