1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT HERD,                                No.  1:12-cv-01674-DAD-BAM (PC)

12                  Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS DISMISSING
14   JAMES D. HARTLEY, et al.,                  DEFENDANTS BRYANT, CATES, AND
                                                HARTLEY FOR FAILURE TO EFFECT
15                  Defendants.                 SERVICE, WITHOUT PREJUDICE

16                                              (Doc. No. 43)

17

18        Plaintiff Scott Herd is a prisoner proceeding *in forma pauperis* and *pro se* in this civil

19   rights action pursuant to 42 U.S.C. § 1983.  (Doc. No. 9.)  The matter was referred to a United

20   States magistrate judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

21        On March 2, 2016, the assigned magistrate judge issued findings and recommendations

22   recommending that named defendants Bryant, Cates, and Hartley be dismissed from this action,

23   without prejudice, due to plaintiff's failure to effect service of process pursuant to Rule 4 of the

24   Federal Rules of Civil Procedure.  (Doc. No. 43.)  The findings and recommendation was served

25   on plaintiff and contained notice that any objections were to be filed within twenty days.  On

26   March 17, 2016, plaintiff filed a notice stating he does not oppose the dismissal of defendants

27   Bryant, Cates, or Hartley because he intends to proceed only against defendants Garcia and Flores

28   in this action.  (Doc. No. 44.)

                                                1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

2 *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's notice,

3 the court finds the findings and recommendations to be supported by the record and by proper

4 analysis.

5    Accordingly, based on the foregoing:

6 1. The findings and recommendations (Doc. No. 43), filed on March 2, 2016, are adopted in

7    full;

8 2. Defendants Bryant, Cates, and Hartley are dismissed without prejudice from this action,

9    due to plaintiff's failure to effect service pursuant to Rule 4 of the Federal Rules of Civil

10    Procedure; and

11 3. This action shall proceed on plaintiff's first amended complaint against only defendants

12    A. Garcia and Flores.

13

14 IT IS SO ORDERED.

15 Dated:   **March 25, 2016**                    _____

                                                UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28