# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HERD,<br><br>   Plaintiff,<br><br> v.<br><br>JAMES D. HARTLEY, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-01674-DAD-BAM (PC)<br><br>ORDER TO RECAPTION CASE |

Currently this action proceeds only against Defendants A. Garcia and Flores. Therefore, the caption should reflect that this action no longer proceeds against Defendants Hartley, Cates and Bryant. Accordingly, the caption for this case shall be as follows:

| | |
|---|---|
| SCOTT HERD,<br><br>   Plaintiff,<br><br> v.<br><br>A. GARCIA, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-01674-DAD-BAM (PC) |

IT IS SO ORDERED.

Dated: **March 29, 2016**   /s/ Barbara A. McAuliffe
              UNITED STATES MAGISTRATE JUDGE