UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HERD,<br><br>             Plaintiff,<br><br>     v.<br><br>A. GARCIA, et al.,<br><br>             Defendants. | No. 1:12-cv-01674-DAD-BAM (PC)<br><br><u>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE</u><br><br>(Doc. No. 52) |

Plaintiff Scott Herd is a prisoner proceeding *in forma pauperis* and *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2016, defense counsel filed a stipulation for voluntary dismissal with prejudice, signed by both parties, indicating this matter has been resolved in its entirety. (Doc. No. 52.)

Accordingly, the court orders that:

1. This action has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with each party to bear his own costs, fees, and expenses of any type, including attorney's fees;
2. The court shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties; and

/////

/////

1

3. The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated:  **July 21, 2016**                                         /s/ Dale A. Drozd
                                                                              UNITED STATES DISTRICT JUDGE